### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **NOAH STEVEN COKER,** : | **PRISONER CIVIL RIGHTS** |
| GDC ID # 939835, : | 42 U.S.C. § 1983 |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **GWINNETT COUNTY et al.,** : | **CIVIL ACTION NO.** |
|     Defendants. : | **1:15-CV-1726-TWT-AJB** |

### UNITED STATES MAGISTRATE JUDGE'S
### <u>FINAL REPORT AND RECOMMENDATION</u>

Plaintiff, Noah Steven Coker, previously confined in Lee State Prison in Leesburg, Georgia, submitted a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. [Doc. 1.] On July 16, 2015, the undersigned issued an Order allowing Plaintiff to file an amended complaint within thirty (30) days. [Doc. 6.] The Clerk sent a copy of the Order to Plaintiff at his address of record, but the mail has been returned as undeliverable, marked "Out to Court." [Doc. 7.]

"The failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ." N.D. Ga. R. 41.2C. Plaintiff has not informed the Court of a change in his mailing address, and the Court has no other information

AO 72A
(Rev.8/82)

regarding Plaintiff's whereabouts or means of contacting him.  Plaintiff was previously advised that failure to update his address would result in the dismissal of this action. [Doc. 6 at 7.]

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2C for Plaintiff's failure to keep the Court informed of his current address.

The Clerk is **DIRECTED** to terminate the reference to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this  25th   day of August, 2015.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE